JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTHEW CADWELL, an individual,

        Plaintiff,

v.

CLEAN HARBORS ENVIRONMENTAL SERVICES INC., a Massachusetts Corporation; MIKE DE LA TORRE, an Individual; and DOES 1-10, Inclusive,

        Defendants.

Case No.: 2:25-cv-06133-JLS-AJR

**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE (Doc. 17)**

Pursuant to the Joint Motion of the Parties to Dismiss Case with Prejudice (Doc. 17) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), for GOOD CAUSE SHOWN, it is ORDERED that this Action be, and hereby is, DISMISSED WITH PREJUDICE as to all claims and counterclaims alleged against all parties, with each party bearing that party's owner attorney's fees and costs.

Dated: February 2, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE